**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE NEWPORT, | ) Case No. 2:18-cv-02437-WBS-DMC |
| Respondent and Plaintiff, | ) **ORDER OF DISMISSAL WITH** |
| vs. | ) **PREJUDICE AND EXONERATION OF** |
| HOLIDAY AL MANAGEMENT SUB LLC, a Delaware Limited Liability Company, | ) **DE NOVO APPEAL BOND PURSUANT** |
| | ) **TO SETTLEMET** |
| Appellant and Defendant. | ) |

1   THE COURT HEREBY APPROVES the Stipulation and Request for Dismissal with
2   Prejudice and Exoneration of De Novo Appeal Bond Pursuant to Settlement (the "Stipulation")
3   filed and signed by the parties to this action on April 5, 2019, and hereby ORDERS as follows: the
4   action and all associated claims between Respondent and Plaintiff Carrie Newport ("Newport"),
5   and Appellant and Defendant Holiday AL Management Sub LLC ("Holiday") (collectively, the
6   "Parties") is hereby DISMISSED WITH PREJUDICE and Holiday's appeal bond number
7   106968952 is hereby EXONERATED, discharged, and returned to counsel for Holiday.

9   IT IS SO ORDERED.

11  Dated:  April 5, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE